### SAYLOR *v.* THE STATE.

PER CURIAM. Under the facts of this case the judge abused his discretion in refusing to allow the attorneys for the accused additional time to prepare the case for trial. Because of this error a new trial should be granted.

*Judgment reversed. All the Justices concur, except Beck, P. J., and Bell, J., who dissent.*

No. 11368. NOVEMBER 27, 1936.

442

*Herschel Parham* and *J. R. Whitaker,* for plaintiff in error.
*M. J. Yeomans, attorney-general, John C. Mitchell, solicitor-general, B. D. Murphy,* and *E. J. Clower,* contra.